Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15536−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Earl T Ellis Jr.
  5447 Witherspoon Avenue
  Pennsauken, NJ 08109

Social Security No.:
  xxx−xx−7448

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on February 6, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 45 − 44
Order Granting Application for Extension of Loss Mitigation (Related Doc # 44). Loss Mitigation Period Extended to: 5/7/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2018. (cmf)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 6, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Earl T Ellis, Jr.  
    Debtor

Case No. 17-15536-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 06, 2018  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.  
lm          +US Bank National Association,    c/o Specialized Loan Servicing LLC,  
           Officer,Manager, or Authorized Agent,    8742 Lucent Blvd., Suite 300,  
           Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:  
       Andrew Thomas Archer     on behalf of Debtor Earl T Ellis, Jr. aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Denise E. Carlon     on behalf of Loss Mitigation     US Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon     on behalf of Creditor     U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 6