UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
212-471-5100
bankruptcy@friedmanvartolo.com

In Re:

Earl T Ellis, Jr.

Order Filed on August 14, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 17-15536 |
| Chapter: | 13 |
| Judge: | JNP Jr. |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 7, 2017__ :

Property: _____5547 Witherspoon Avenue, Pennsauken, NJ 08109_____

Creditor: ____BSI Financial Services_____

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ____Secured Creditor____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____Immediately_____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-15536-JNP
Earl T Ellis, Jr.                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1                  Date Rcvd: Aug 14, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db             +Earl T Ellis, Jr.,    5447 Witherspoon Avenue,    Pennsauken, NJ 08109-4730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Earl T Ellis, Jr. aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Loss Mitigation    US Bank National Association
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7