

Order Filed on August 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Earl T Ellis, Jr.

Case No.:     17-15536

Chapter:     13

Hearing Date: _____

Judge:     JNP

## ORDER VACATING

### Order Granting Application for Extension of Loss Mitigation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

### Order Granting Application for Extension of Loss Mitigation

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____8/14/2018_____, be and the same is hereby vacated.

*revised 2/25/14*