Order Filed on August 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Earl T Ellis, Jr. | Case No.: _____17-15536_____<br>Chapter: _____13_____<br>Hearing Date: _____<br>Judge: _____JNP_____ |

## ORDER VACATING

### Order Granting Application for Early Termination of Loss Mitigation

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 20, 2018

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

<u>Order Granting Application for Early Termination of Loss Mitigation</u>

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____8/14/2018_____, be and the same is hereby vacated.

*revised 2/25/14*