UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

Order Filed on August 22, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Earl T. Ellis, Jr.

Case No.: 17-15536

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that       Andrew T. Archer      , the applicant, is allowed a fee of $  581.25   for services rendered and expenses in the amount of $  40.00   for a total of $  621.25  . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $  458.00   per month for   43   months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Earl T Ellis, Jr.
     Debtor

Case No. 17-15536-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 22, 2018
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
db         +Earl T Ellis, Jr.,    5447 Witherspoon Avenue,    Pennsauken, NJ 08109-4730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
        Andrew Thomas Archer    on behalf of Debtor Earl T Ellis, Jr. aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Denise E. Carlon    on behalf of Loss Mitigation    US Bank National Association
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
         National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
         bankruptcy@friedmanvartolo.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7